WILLIAM BELINSKI, Plaintiff-Appellee, Cross Appellant, *v.* THE CITY NATIONAL BANK OF CENTRALIA, Defendant-Appellant, Cross Appellee.

(No. 69-127; )

Fifth District—May 24, 1971.

*Abstract of Decision*

Opinion by Mr. JUSTICE GEORGE J. MORAN.

Wham & Wham, of Centralia, (Robert H. Rath, of counsel,) for appellant.

Murray & Stephens, of Centralia, (George C. Lackey, of counsel,) for appellee.